

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2015

No. 04-15-00417-CV

Richard Cecil **PETERSON** and Alma Peterson,
Appellants

v.

John Lawrence **JIMENEZ**, M.D., and Brian Phillip Perry, M.D.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-08827
Honorable Renee Yanta, Judge Presiding

## O R D E R

Appellants' brief was originally due September 18, 2015, but it was not filed. Appellants have filed a motion for a forty-five day extension of time to file their brief. We grant the motion and order appellants to file their brief by **November 2, 2015**. Appellants are advised that that **no further extensions of time will be granted** absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2015.

_____
Keith E. Hottle
Clerk of Court